Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN AP.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Jeffery Howe

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY HOWE, an Individual; | Case No.: 12-CV-04954 DMG (SSx) |
| Plaintiff, | Hon. Dolly M. Gee |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., is a Corporation; DIRECTV, LLC., a business entity form unknown and DOES 1-10, Inclusive, | **NOTICE OF SETTLEMENT** |
| Defendants. | |

TO THE COURT AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the parties have settled the above-referenced case and are in the process of completing the settlement terms and will be filing stipulations of dismissal and (proposed) orders of dismissal. Plaintiff estimates that these matters should be completed within two to three weeks.

///

///

---

NOTICE OF SETTLEMENT

Dated: September 14, 2012          LAW OFFICES OF ROBERT F. BRENNAN

By: _____
Robert F. Brennan
Attorneys for Plaintiff

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **September 14, 2012**, I served the foregoing document described as **NOTICE OF SETTLEMENT** on parties in this action,

[ x ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Keren E Gesund
Sessions Fishman Nathan and Israel LLC
3850 North Causeway Boulevard Suite 200
Metairie, LA 70002
504-828-3700
504-828-3737 (fax)
kgesund@sessions-law.biz

Ben Mohandesi, Esq.
Yu | Mohandesi LLP
1055 7th St Ste 2150
Los Angeles, CA 90017 71
(213) 377-5505
Fax Number: (213) 377-5501
e-mail: bmohandesi@yumollp.com

[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at La Crescenta, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 14, 2012**, at La Crescenta, California.

Isabel Grubbs