Robert F. Brennan, Esq. [S.B. #132449]
LAW OFFICES OF ROBERT F. BRENNAN AP.C.
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Jeffery Howe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY HOWE, an Individual; | Case No.: 12-CV-04954 DMG (SSx) |
| Plaintiff, | Hon. Dolly M. Gee |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., is a Corporation; DIRECTV, LLC., a business entity form unknown and DOES 1-10, Inclusive, | STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS NCO FINANCIAL SYSTEMS, INC. AND DIRECTV, LLC |
| Defendants. | |

Plaintiff Jeffery Howe, Defendant NCO FINANCIAL SYSTEMS, INC., and Defendant DIRECTV, LLC have entered into a settlement and pursuant to that settlement stipulate as follows:

1. Upon approval by the court, Plaintiff Jeffery Howe stipulates to dismiss all claims against Defendants NCO FINANCIAL SYSTEMS, INC. and DIRECTV, LLC;

2. This stipulation for dismissal is with prejudice;

---
1

3. Each party to pay their own incurred costs.

Dated: 17 Oct, 2012          Law Offices of Robert F. Brennan, A P.C.

                             By: _____
                                 Robert F. Brennan, Esq.
                                 Attorney for Plaintiff
                                 Jeffery Howe

Dated: Oct. 17, 2012         Sessions Fishman Nathan and Israel LLC

                             By: _____
                                 Keren E. Gesund, Esq.
                                 Attorney for Defendant
                                 NCO FINANCIAL SYSTEMS, INC.

Dated: Oct. 17, 2012         Yu | Mohandesi LLP

                             By: _____
                                 Ben Mohandesi, Esq.
                                 Attorney for Defendant
                                 DIRECTV, LLC

---

2

Stipulation of Dismissal With Prejudice of Defendants

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **October 17, 2012**, I served the foregoing document described as **STIPULATION OF DISMISSAL OF PREJUDICE OF DEFENDANTS NCO FINANCIAL SYSTEMS INC AND DIRECTV LLC** on parties in this action,

[ x ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Keren E Gesund
Sessions Fishman Nathan and Israel LLC
3850 North Causeway Boulevard Suite 200
Metairie, LA 70002
504-828-3700
504-828-3737 (fax)
kgesund@sessions-law.biz

Ben Mohandesi, Esq.
Yu | Mohandesi LLP
1055 7th St Ste 2150
Los Angeles, CA 90017 71
(213) 377-5505
Fax Number: (213) 377-5501
e-mail: bmohandesi@yumollp.com

[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at La Crescenta, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 17, 2012**, at La Crescenta, California.

_____
Isabel Grubbs