Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN AP.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Jeffery Howe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY HOWE, an Individual, | Case No.: 12-CV-4954 DMG (SSx) |
| Plaintiff, | ORDER RE DISMISSAL WITH PREJUDICE OF DEFENDANTS NCO FINANCIAL SYSTEMS, INC. AND DIRECTV, LLC [30] |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., a Corporation; DIRECTV, LLC., a business entity form unknown; and DOES 1-10, Inclusive, | |
| Defendants. | |

    Plaintiff Jeffery Howe has announced to the Court that all matters in controversy against Defendant NCO Financial Systems, Inc. and Defendant DIRECTV, LLC have been resolved.

    A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice,

1  IT IS ORDERED that the claims and causes of action asserted herein by
2 Plaintiff Jeffery Howe against Defendant NCO Financial Systems, Inc. and
3 Defendant DIRECTV, LLC are in all respects dismissed with prejudice to the re-
4 filing of same, with Court costs to be paid by the party incurring same.
5
6 DATED:   October 18, 2012
7
8                                                  _____
9                                                  DOLLY M. GEE
10                                                 UNITED STATES DISTRICT JUDGE